# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| RACHELLE RILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAMBRIDGE INTEGRATED SERVICES GROUP, INC. a Pennsylvania Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendant. | CASE NO.  2:09-cv-00595-JAM-GGH<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, MOTION FOR SUMMARY ADJUDICATION OF PLAINTIFF'S COMPLAINT**<br><br>[Filed concurrently with Stipulation]<br><br>Action Filed:　　January 26, 2009 |

WEST\21856056.1

DLA Piper LLP (US)
Los Angeles

ORDER ON STIPULATION TO CONTINUE HEARING DATE ON MOTION
FOR SUMMARY JUDGMENT/ADJUDICATION
2:09-CV-00595 JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Having considered the foregoing Stipulation and good cause appearing, the Court hereby APPROVES the Stipulation, and ORDERS as follows:

The hearing on Cambridge Integrated Services Group's Motion for Summary Judgment, or, alternatively, Summary Adjudication of Plaintiff Rachelle Riley's Complaint is continued from January 20, 2010 to February 17, 2010 at 9:30 a.m. in Courtroom 6 of the United States District Court for the Eastern District of California, Sacramento Division. The new opposition and reply brief deadlines will be dictated by the Eastern District Local Rules and the Federal Rules of Civil Procedure using the February 17, 2010 hearing date.

IT IS SO ORDERED.

Dated this 6th day of January, 2010.

                                                /s/ John A. Mendez
                                                Hon. John A. Mendez
                                     United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted by,

ERIC S. BEANE (SBN 186029)
eric.beane@dlapiper.com
GRANT P. ALEXANDER (SBN 228446)
grant.alexander@dlapiper.com
**DLA PIPER LLP (US)**
1999 Avenue of the Stars, Suite 400
Los Angeles, CA  90067-6023
Tel:  (310) 595-3000
Fax: (310) 595-3300

Attorneys for Defendant
CAMBRIDGE INTEGRATED SERVICES GROUP, INC.

PDF created with pdfFactory trial version www.pdffactory.com