1  Leo F. Donahue, Esq. - SB#114484
   LEO F. DONAHUE, INC.
2  11344 Coloma Road, Suite 160
   Gold River, California 95670
3  Tel: (916) 859-5999
   Fax: (916) 859-5984
4  donahue@lfdlaw.net

5  Attorney for Plaintiff,
   RACHELLE RILEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| RACHELLE RILEY, | CASE NO. 2:09-CV-00595-JAM-GGH |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| CAMBRIDGE INTEGRATED SERVICES GROUP, INC., a Pennsylvania Corporation; and DOES 1 through 100, inclusive, | |
| Defendant. | |

IT IS STIPULATED between the parties and the Court may order that:

1. The parties have come to a full settlement of all issues concerning the complaint which has been memorialized in a Settlement Agreement and Release of All Claims;

2. Each party will bear its own attorneys fees and costs; and,

3. The case, in its entirety, may be dismissed with prejudice.

**STIPULATION AND ORDER OF DISMISSAL** 1

| | | |
|---|---|---|
| 1 | Dated: February 5, 2010 | LEO F. DONAHUE, INC. |

s/Leo F. Donahue
LEO F. DONAHUE, Esq.
Attorney for Plaintiff,
RACHELLE RILEY

Dated: February 5, 2010          DLA PIPER LLP (US)


s/ Eric S. Beane
ERIC S. BEANE, Esq.
Attorney for Defendant,
CAMBRIDGE INTEGRATED SERVICES
GROUP, INC.


IT IS SO ORDERED.

Dated: February 8, 2010


/s/ John A. Mendez
JUDGE OF THE UNITED STATES
DISTRICT COURT

**STIPULATION AND ORDER OF DISMISSAL**   2