```
Leo F. Donahue, Esq. - SB#114484
LEO F. DONAHUE, INC.
11344 Coloma Road, Suite 160
Gold River, California 95670
Tel: (916) 859-5999
Fax: (916) 859-5984
donahue@lfdlaw.net

Attorney for Plaintiff,
RACHELLE RILEY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE RILEY, <br><br> Plaintiff, <br><br> v. <br><br> CAMBRIDGE INTEGRATED SERVICES GROUP, INC., a Pennsylvania Corporation; and DOES 1 through 100, inclusive, <br><br> Defendant. | CASE NO. 2:09-CV-00595-JAM-GGH <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

IT IS STIPULATED between the parties and the Court may order that:

1. The parties have come to a full settlement of all issues concerning the complaint which has been memorialized in a Settlement Agreement and Release of All Claims;

2. Each party will bear its own attorneys fees and costs; and,

3. The case, in its entirety, may be dismissed with prejudice.

**STIPULATION AND ORDER OF DISMISSAL**    1

1 | Dated: February 5, 2010          LEO F. DONAHUE, INC.

3 |                                  s/Leo F. Donahue
4 |                                  LEO F. DONAHUE, Esq.
  |                                  Attorney for Plaintiff,
5 |                                  RACHELLE RILEY

6 | Dated: February 5, 2010          DLA PIPER LLP (US)

8 |                                  s/ Eric S. Beane
9 |                                  ERIC S. BEANE, Esq.
  |                                  Attorney for Defendant,
10|                                  CAMBRIDGE INTEGRATED SERVICES
  |                                  GROUP, INC.

12|      IT IS SO ORDERED.

14| Dated: February 8, 2010

16|                                  /s/ John A. Mendez
  |                                  JUDGE OF THE UNITED STATES
17|                                  DISTRICT COURT

**STIPULATION AND ORDER OF DISMISSAL**   2